**STATE of Missouri, Respondent,**

v.

**Frank C. REYES, Appellant.**

**No. WD 40045.**

Missouri Court of Appeals,
Western District.

June 13, 1989.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, John P. Pollard, Asst. Atty. Gen., for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Frank Reyes appeals from a judgment of conviction for assault in the second degree, § 565.060, RSMo 1986, and armed criminal

action, § 571.015, RSMo 1986, and concurrent sentences of seven and fifteen years.

Judgment affirmed. Rule 84.16(b)